**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

Nos. 25-3607, 25-5125, 25-5200

UNITED STATES OF AMERICA,
*Plaintiff-Appellee/Cross-Appellant*,

v.

TREVOR JAMES KIRK,
*Defendant-Appellant/Cross-Appellee.*

ERWIN CHEMERINSKY and J.H.,
*Amici Curiae in Support of the Judgment.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

# JOINT MOTION FOR CLARIFICATION OF ORAL ARGUMENT PROCEDURES

Appellant Trevor Kirk, Appellee United States of America, Court-appointed Amicus Erwin Chemerinsky, and Amicus J.H. respectfully submit this joint motion for clarification of oral argument procedures.

1. This Court has scheduled oral argument in these consolidated appeals for December 8, 2026. Doc. 72. This Court's calendar indicates that each side will have 15 minutes of argument time.

2. On June 25, 2026, Amicus J.H. submitted an unopposed motion to participate in oral argument. Doc. 59. The motion is pending.

3. This Court's Acknowledgment of Hearing Notice Form requires the undersigned counsel to indicate whether they will be "sharing argument time with another attorney on the same side of the case." Counsel must submit this form by October 26, 2026. The parties and amici accordingly request clarification as to whether J.H. will be allowed to participate in oral argument and, if so, whether J.H. is "on the same side of the case" as the Court-appointed amicus.

4. The parties and amici respectfully request that the two parties supporting reversal or vacatur of Kirk's conviction (the United States and Kirk) be allotted a total of 15-20 minutes of argument time and that the two amici supporting the judgment of conviction (Mr. Chemerinsky and J.H.) be allotted the same amount of time.

5. If the Court grants this request, counsel will indicate on the Acknowledgment of Hearing Notice Form how they propose to share time.

DATED: October 9, 2026

Respectfully submitted:

s/ Paul G. Cassell
PAUL G. CASSELL
Utah Victim Project
S.J. Quinney College of Law at The University of Utah
383 South University Street
Salt Lake City, UT 84112
(801) 585-5202
(No institutional endorsement implied)

*Counsel for Amicus Curiae J.H.*

s/ Joshua R. Zuckerman
JOSHUA R. ZUCKERMAN
Attorney
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
(771) 333-0027

*Counsel for the United States of America*

s/ Erwin Chemerinsky
ERWIN CHEMERINSKY
University of California, Berkeley School of Law
Law Building 215
Berkeley, CA 94720-7200
(510) 642-6483

*Counsel for Amicus Curiae Erwin Chemerinsky*

s/ Edward Murray Robinson
EDWARD MURRAY ROBINSON
Edward M Robinson, A Professional Corp.
21515 Hawthorne Blvd. Suite 200
Torrance, CA 90503
(310) 995-9332

*Counsel for Defendant-Appellant Trevor James Kirk*